IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JAMES BATSON,**                                         07-CV-217-BR

      **Plaintiff,**                               **JUDGMENT**

v.

**MICHAEL ASTRUE,** Commissioner
of Social Security,

      **Defendant.**

**BRUCE W. BREWER**
419 Fifth Street
Oregon City, OR 97045
(503)722-8833

      Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
(503) 727-1158

1 - JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2113

      Attorneys for Defendant

    Based on the Court's Opinion and Order (#__) issued May 8, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 8th day of May, 2008.

                                 /s/ Anna J. Brown

                                 ANNA J. BROWN
                                 United States District Judge